# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JENNIFER B. CAMPBELL,         :
          :
     Plaintiff,        :
          :
     v.        :     Civil Action No.:    12-1769 (RC)
          :
DISTRICT OF COLUMBIA,     :
          :
     Defendant.      :

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's request for equitable relief (ECF No. 69) is **DENIED**.

It is hereby **ORDERED** that, on Plaintiff's Fifth Amendment procedural due process claim under 42 U.S.C. § 1983, **JUDGMENT IS ENTERED** against Defendant in the amount of $554,823.00.

**SO ORDERED.**

Dated:  January 20, 2016              RUDOLPH CONTRERAS
                                  United States District Judge